**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA         :

vs.                              :  CRIMINAL NO.:  25-00254-KD-MU

DAMIEN HIRES                     :

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 19) and without any objection having been filed by the parties, Defendant Damien Hires's plea of guilty to Count One of the Indictment charging a violation of Title 18 § 1030(a)(5)(B) – Reckless Damage to a Protected Computer During Unauthorized Access, is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **April 17, 2026, at 9:00 a.m., in Courtroom 4B,** United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 5th day of February 2026.

> s/ Kristi K. DuBose
> KRISTI K. DUBOSE
> UNITED STATES DISTRICT JUDGE