# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA     :

                                :       **CRIMINAL NO.: 25-00254-KD**

vs.                            :

                                :

**DAMIEN HIRES**               :

## SENTENCING MEMORANDUM

Damien sits at the bar at Lucky's Irish pub, trying to get the bartender's attention to order some chicken tenders and fries. He tries not to catch the eyes of the familiar faces at the table behind him. He hears their snickers; they aren't even trying to keep their voices down as they openly mock their erstwhile co-worker. Damien keeps his eyes down, but the back of his neck burns. These people were his colleagues, his teammates, his friends. They had traveled together, pulled late nights, and shared lunches like this. But as soon as Damien started asking uncomfortable questions, they swiftly turned on him. Once employee of the month, Damien was now unceremoniously out of a job.

Previously, Damien had been an exemplary employee, and he was frequently chosen to represent the company at conferences around the country. He was dedicated, and rarely took a day off—even when his grandmother died, Damien was back at work within two days to roll out a new product. But Damien started to notice some discrepancies. He realized that the company was billing for services that had never been ordered or provided. Certain things were miscoded, resulting in higher bills for customers. When Damien would not look the other way and started making noise, he was asked to leave. Not only did he lose his job, but Damien was also never paid out for the PTO that he never took.

In an act of vindictive pettiness, when Damien realized his credentials still worked, he logged into some company systems and changed some settings that made the software more inconvenient to use. He did not steal any data or delete anything, but he did make a virtual mess. Damien regrets and is embarrassed by his immature actions. He never expected this to go this far, and frankly he is terrified to be sitting in federal court.

Damien has never been in trouble before. His arrest and brief time in jail was a shocking experience for him. The permanent felony conviction on his record will follow him like a brand for the rest of his life, damaging his future career prospects and cutting off many future opportunities for him. He will never do anything like this again. He has used the time since his arrest to seek therapy for his depression, pursue his bachelor's degree, and secure new employment. He is set up to be a model probationer and never trouble this Court again. He prays for a just sentence.

Respectfully submitted,

/s/ Colin J. Fitzpatrick
COLIN J. FITZPATRICK
Assistant Federal Defender
Florida State Bar No: 1019998
Federal Defenders Organization, Inc.
11 N. Water Street, Suite 11290
Mobile, Alabama 36602
(251) 433-0910

**CERTIFICATE OF SERVICE**

I do hereby certify that I have electronically served a true and correct copy of the foregoing notice upon A.U.S.A., Galliard Ladd, on this ____9th____ day of April 2026.

/s/ Colin J. Fitzpatrick